# Edwin W. Barr

14 Hathorne Lane
Orleans, MA 02653-2600
508-240-1863
edbarr@verizon.net

August 10, 2005

Pro Se Clerk
United States District Court
Eastern District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

           **Barr v. Staples Inc.**
           **05 11344MLW**

Dear Sir or Madam:

Attached is a copy of United States Post Office track and confirm document indicating Staples Inc. received a copy of the above referenced complaint at 6:47 a.m. on July 21, 2005.

Ms. Cynthia L. Westervelt, Employment and Litigation Counsel for Staples, executed Waiver of Service on August 1, 2005 and the original signed copy of her waiver is also attached.

As I understand the applicable rule of the court, Staples now has sixty days from July 21, 2005 to file a response to my complaint.

If you require any additional information from me at this time please call.

Sincerely,

Edwin W. Barr
Plaintiff *Pro Se*

Cc: Ms. Cynthia Westervelt
  Staples Inc.
  w/o attachments



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **0304 1560 0002 6231 4720**
Detailed Results:

- **Delivered, July 21, 2005, 6:47 am, FRAMINGHAM, MA 01701**
- **Acceptance, July 20, 2005, 1:17 pm, ORLEANS, MA 02653**

( < Back )              ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                              8/4/2005