## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN BARR, *pro se* </br></br> Plaintiff, </br></br> v. </br></br> STAPLES, INC., BRIAN LEGG, DAVID GREENWOOD, PHILIP MANDRAVELIS, KATHERINE BRESNAHAN and TERESA MOSHER, </br></br> Defendants. | CIVIL ACTION NO. 05-11344-MLW |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D) AND FED.R.CIV.P. 26(F)**

Pursuant to Local Rule 16.1 and Fed.R.Civ.P. 26(f), the Plaintiff, Edwin Barr ("Plaintiff"), and the Defendant, Staples, Inc. ("Staples"), hereby submit this Joint Statement Regarding Proposed Pretrial Schedule pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The Plaintiff and Defendant Staples have reached agreement as to some aspects of the Proposed Schedule (see Section I), but not as to others (Section II). The following is submitted on behalf of Plaintiff and Defendant Staples only:

**I.    JOINT PRETRIAL SCHEDULE**

1.    Proposed Discovery Plan – Automatic Disclosures

September 15, 2006:  Plaintiff has agreed to complete and serve automatic disclosures on or before this deadline (Staples served its disclosures on September 22, 2005).

2.      Modification Of Scheduled Dates

The parties agree that they will be ready for a Pre-Trial Conference in this action within 60 days of the date of completion of expert discovery or of the Court's ruling on Rule 56 motions, whichever is later.

All dates, other than any trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

3.      Trial By A Magistrate Judge

At the present time, the Plaintiff and Staples do not consent to trial of this action by a Magistrate Judge.

4.      Settlement

The Plaintiff and Staples have discussed settlement but have been unable to reach agreement as of this date. Staples has received a written settlement demand from Plaintiff, in accordance with Local Rule 16.1.

## II.     PRETRIAL SCHEDULE AND DISCOVERY PLAN:  *ISSUES IN DISPUTE*

5.      Proposed Discovery Plan. Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions.

**Staples' Proposal:**  December 1, 2006

**Plaintiff's Proposal:**  May 1, 2007. Plaintiff also requests that the Court impose separate deadlines for written discovery (December 31, 2006) and depositions (May 1, 2007).

6.      Amendment of Pleadings.

**Staples' Proposal:** Amendment of the pleadings should be governed by Rule 15, and in no event should amendments be permitted after December 1, 2006 (the proposed close of discovery).

**Plaintiff's Proposal:** Plaintiff requests that the Court allow the parties to amend the pleadings on or before March 1, 2007.

7.      Expert Discovery Plan. Deadline for completion of expert discovery.

2

**Staples' Proposal:** Completed within 60 days after the Court's ruling on any Rule 56 motions. Staples believes expert discovery is not necessary for adjudication of Rule 56 motions.

**Plaintiff's Proposal:** November 15, 2007, with Plaintiff's expert disclosures on August 1, 2007 and Staples' disclosures on October 1, 2007.

8. <u>Proposed Schedule For Filing Motions</u>. Deadline for filing dispositive motions, if either party determines that such a motion is appropriate; and any opposition thereto shall be due within 30 days of filing of said dispositive motion.

**Staples' Proposal:** February 15, 2007

**Plaintiff's Proposal:** January 1, 2008

9. <u>Mediation/Settlement Conference</u>. While the parties agree that attempts at mediation and/or a settlement conference are in the best interests of the parties, the parties do not agree on the timing of mediation and/or a settlement conference.

**Staples' Proposal:** The option of mediation and/or a settlement conference should be available until the date of trial.

**Plaintiff's Proposal:** 30 days after the Court's ruling on any Rule 56 motions.

**III. OTHER CASE MANAGEMENT ISSUES**

10. <u>Certifications.</u> Counsel for Defendant hereby certify that they have conferred with Staples with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs. Each party will submit the certifications required by Local Rule 16.1(D)(3).

11. <u>Other Defendants</u>. There is a dispute between the parties regarding whether Plaintiff properly served the individual Defendants, including Brian Legg, David Greenwood, Philip Mandravelis, Katherine Bresnahan and Teresa Mosher. Staples submits that none of the

3

individual defendants have been served and that more than 120 days have elapsed since the filing of the Complaint. Plaintiff argues that he did serve all Defendants.

WHEREFORE, Plaintiff and Defendant respectfully submit this Joint Statement for pretrial scheduling.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| EDWIN BARR, *pro se* | ATTORNEYS FOR DEFENDANT STAPLES, INC. |
| /s/ Edwin Barr | /s/ Krista G. Pratt |
| Edwin Barr | Krista G. Pratt (BBO# 644741) |
| 14 Hathorne Lane | Ariel D. Cudkowicz (BBO# 550577) |
| Orleans, MA  02653 | SEYFARTH SHAW LLP |
| Telephone: (508) 240-1863 | World Trade Center East |
| | Two Seaport Lane |
| | Suite 300 |
| | Boston, MA 02210-2028 |
| | Telephone:    (617) 946-4800 |
| | Telecopier:    (617) 946-4801 |

Dated: August 24, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 24, 2006.

/s/
Krista Green Pratt