UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN BARR, *pro se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAPLES, INC., BRIAN LEGG, DAVID )<br>GREENWOOD, PHILIP MANDRAVELIS, )<br>KATHERINE BRESNAHAN and TERESA )<br>MOSHER, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-11344-MLW |

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Staples, Inc., hereby submits this Certification Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts.

BO1 15797331.1

Defendant Staples, Inc. and Defendant's counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| STAPLES, INC. | SEYFARTH SHAW LLP |
|---|---|
| _____ <br> Cynthia L. Westervelt, Esq. <br> Senior Counsel | /s/ Krista G. Pratt <br> Krista G. Pratt (BBO# 644741) <br> Ariel D. Cudkowicz (BBO# 550577) <br> SEYFARTH SHAW LLP <br> World Trade Center East <br> Two Seaport Lane <br> Suite 300 <br> Boston, MA 02210-2028 <br> Telephone:    (617) 946-4800 |
| Dated: August 25, 2006 | Telecopier:    (617) 946-4801 |

## CERTIFICATE OF SERVICE

I, Krista G. Pratt, hereby certify that on this 25th day of August, 2006, a true copy of the foregoing document was mailed, postage prepaid, to Plaintiff, *pro se*, Edwin Barr, 14 Hathorne Lane, Orleans, MA 02653.

/s/
Krista G. Pratt