UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
ERKS OFFICE

2006 AUG 28 P 3: 45

U.S. DISTRICT COURT

| | |
|---|---|
| EDWIN BARR, *pro se* | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 05-11344-MLW |
| STAPLES, INC., BRIAN LEGG, DAVID GREENWOOD, PHILIP MANDRAVELIS, KATHERINE BRESNAHAN and TERESA MOSHER, | |
| Defendants. | |

### PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Plaintiff Edwin Barr, *pro se*, hereby submits this Certification Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts.

BO1 15797328.1

Plaintiff hereby certifies that he has: (a) considered this matter with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) he has considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
EDWIN BARR, *pro se*

Dated: August 24, 2006

_____
Edwin Barr
14 Hathorne Lane
Orleans, MA 02653
Telephone: (508) 240-1863

### CERTIFICATE OF SERVICE

I, Edwin Barr, hereby certify that on this 24 day of August, 2006, a true copy of the foregoing document was mailed, postage prepaid, to counsel for Defendant Staples, Inc., Krista Green Pratt, Esq., Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210.

_____
Edwin Barr