# Edwin W. Barr

14 Hathorne Lane
Orleans, MA 02653-2600
508-240-1863
edbarr@verizon.net

FILED
CLERKS OFFICE

2006 SEP 14  P 2: 19

DISTRICT COURT
DISTRICT OF MASS

September 13, 2006

Mr. Dennis O'Leary, Deputy Clerk
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Civil Action No. 05-11344- MLW

Dear Mr. O'Leary:

Attached for your file is a copy of email correspondence in which Krista Pratt, counsel for Staples Inc., agreed to extend the time limit for my filing automatic disclosures. As you may recall, at our August 31, 2006 scheduling conference, I agreed to complete my work on this by September 15, 2006.

A death in the family resulted in my losing a full week of work on this project. I have informed Krista that I expect to have my initial disclosures in her hands within a week of the original date.

Please call if you require any additional information on this issue.

Sincerely,

Edwin W. Barr
Plaintiff, pro se

# Edwin W. Barr

**From:** Pratt, Krista [KPratt@seyfarth.com]
**Sent:** Thursday, September 07, 2006 8:26 AM
**To:** Edwin W. Barr
**Subject:** RE: automatic disclosures

Ed:

My sincerest condolences regarding your son-in-law. How tragic. What a terrible shock this must be, especially for his children.

No problem regarding the Initial Disclosures. If you need more time to complete them, I assent to an extension. (After the funeral, just let me know how much time you will need.) Although I can't give you advice regarding whether you need to ask the court for an extension, I will tell you that my usual practice is simply to document (by letter or email) the parties' agreement regarding any extensions. I have never had a judge ask about them, since they do not need to be filed with the court and the judges assume that the parties will work it out between themselves. If, for some reason, I receive any inquiry from the court regarding the disclosures, I will inform the judge or the clerk that we have agreed to an extension due to your family's recent loss.

With sympathy,
Krista

> -----Original Message-----
> **From:** Edwin W. Barr [mailto:edbarr@verizon.net]
> **Sent:** Wednesday, September 06, 2006 11:30 PM
> **To:** Pratt, Krista
> **Subject:** automatic disclosures
> **Importance:** High
>
> Dear Krista,
>
> I apologize for not contacting you sooner. My mind has been otherwise occupied.
>
> We experienced a family crisis over the weekend and, while I made an attempt to work on my submittal, I find it difficult to concentrate on the Staples issue at this time.
>
> My son-in-law died Sunday night. He was only 48 years old.
>
> He underwent surgery on his back about a week ago and, although still in a great deal of pain, he was home and his doctors thought he was making a good recovery. An autopsy was performed yesterday but we still do not know the cause of his death.
>
> While he and my daughter were divorced they live in the same town and have remained friends. My wife and I still think of him as a member of our family. He was the father of two of my grandchildren and, as you can imagine, they are devastated. My wife and I have been in shock. Family is our first priority.
>
> I will make an effort to get the automatic discovery issue done by the 15th but I may need a little extra time. I hope you will bear with me.
>
> We are leaving first thing tomorrow as the funeral is on Friday. I will call you next week when I get back.
>
> In the meantime, I would appreciate your advice. Do I also need to inform the court of the possible delay or, if permitted, can you notify Judge Wolf for me?
>
> I appreciate your patience and understanding.
>
> Sincerely,
>
> Ed Barr

9/13/2006