UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN W. BARR, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-11344 MLW |
| STAPLES, INC., et al.[1] | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jennifer A. Serafyn as counsel for Defendant, Staples, Inc. in the above-referenced matter.

        Respectfully submitted,

        STAPLES, INC.

        /s/ Jennifer A. Serafyn
        Ariel D. Cudkowicz (BBO# 550577)
        acudkowicz@seyfarth.com
        Krista G. Pratt (BBO# 644741)
        kpratt@seyfarth.com
        Jennifer A. Serafyn (BBO# 653739)
        jserafyn@seyfarth.com
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800
        Telecopier:   (617) 946-4801

Dated: March 29, 2007

---

[1] All other named defendants were dismissed from the case on September 14, 2006.

BO1 15838350.1

## CERTIFICATE OF SERVICE

I, Jennifer A. Serafyn, hereby certify that on March 29, 2007, I mailed a copy of the foregoing document by regular mail, postage pre-paid, to pro se Plaintiff Edwin Barr, 14 Hathorne Lane, Orleans, MA  02653-2600.


  /s/ Jennifer A. Serafyn

BO1 15838350.1