## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN W. BARR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.  05-11344 MLW |
| STAPLES, INC., et al.[1] ) | |
| ) | |
| Defendants. ) | |

## REPORT REGARDING STATUS AND PROSPECT OF SETTLEMENT

Pursuant to the Court's September 1, 2006 Scheduling Order, Defendant Staples, Inc. ("Staples") submits this report regarding settlement of the above-referenced case. Plaintiff Edwin W. Barr and Staples (collectively, the "Parties") have reached an agreement in principal to settle this case and are memorializing their agreement in writing. Upon execution of a written settlement agreement, the Parties will file a Joint Stipulation of Dismissal with Prejudice with the Court.

---

[1] All other named defendants were dismissed from the case on September 14, 2006.

BO1 15838350.1

-2-

        STAPLES, INC.,

By its attorneys,

    /s/ Jennifer A. Serafyn_____
Ariel D. Cudkowicz (BBO # 550577)
Krista G. Pratt (BBO # 644741)
Jennifer A. Serafyn (BBO #653739)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

## CERTIFICATE OF SERVICE

I, Jennifer A. Serafyn, hereby certify that on March 30, 2007, I mailed a copy of the foregoing document by regular mail, postage pre-paid, to Edwin Barr, 14 Hathorne Lane, Orleans, MA 02653-2600, Plaintiff *pro se*.

   /s/ Jennifer A. Serafyn_____