UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN W. BARR,<br><br>    Plaintiff,<br><br>v.<br><br>STAPLES, INC., et al.<br><br>    Defendants. | CIVIL ACTION NO. 05-11344 MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that **I, Krista Green Pratt**, withdraw my appearance as counsel for Defendant Staples, Inc. **Ariel D. Cudkowicz** and **Jennifer A. Serafyn** of Seyfarth Shaw LLP will continue to represent Defendant Staples, Inc. in the above-captioned action.

                Respectfully submitted,

                STAPLES, INC.


                /s/ Krista Green Pratt /s/
                Krista G. Pratt (BBO# 644741)
                Seyfarth Shaw LLP
                World Trade Center East
                Two Seaport Lane, Suite 300
                Boston, MA 02210-2028
                Telephone: (617) 946-4800
                Telecopier: (617) 946-4801

Dated: May 23, 2007

BO1 15848866.1

-2-

## CERTIFICATE OF SERVICE

I, Krista Green Pratt, hereby certify that on May 23, 2007, I mailed a copy of the foregoing document by regular mail, postage pre-paid, to pro se Plaintiff Edwin Barr, 14 Hathorne Lane, Orleans, MA 02653-2600.

/s/ Krista Green Pratt /s/

BO1 15848866.1