## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN W. BARR,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　Plaintiff,　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　　　　　) | CIVIL ACTION NO. 05-11344 MLW |
| 　　　　　　　　　　　　　　　　　　　) | |
| STAPLES, INC.,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　Defendant.　　　　　　　) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff Edwin W. Barr, and Defendant Staples, Inc., hereby stipulate to the voluntary dismissal of this case with prejudice and all rights of appeal waived.

In further support of this Joint Stipulation, the parties state as follows:

1.　　Plaintiff states that he has withdrawn his Complaint against Staples for personal reasons.

2.　　The parties have executed a Settlement Agreement and General Release of Claims.

3.　　Neither party seeks reimbursement or recovery of any costs, fees, or expenses associated with this litigation. Each party agrees to bear their own costs, fees, and expenses.

4.　　The parties agree that by filing this Joint Stipulation of Dismissal with Prejudice, neither party admits or concedes any liability with respect to any claims arising out of Plaintiff's employment at Staples.

-2-

Respectfully submitted,

| EDWIN W. BARR, *Pro Se*, | STAPLES, INC., |
|---|---|
| | By its attorneys, |
| /s/ Edwin W. Barr | /s/ Jennifer A. Serafyn |
| 14 Hathorne Lane | Ariel D. Cudkowicz (BBO # 550577) |
| Orleans, MA 02653-2600 | Krista G. Pratt (BBO # 644741) |
| | Jennifer A. Serafyn (BBO # 653739) |
| | Seyfarth Shaw LLP |
| | World Trade Center East |
| | Two Seaport Lane, Suite 300 |
| | Boston, MA 02210-2028 |
| | Telephone:    (617) 946-4800 |
| | Telecopier:   (617) 946-4801 |

Dated this 21st day of September 2007.

## CERTIFICATE OF SERVICE

I, Jennifer A. Serafyn, hereby certify that on September 21, 2007, I mailed a copy of the foregoing document by regular mail, postage pre-paid, to Edwin Barr, 14 Hathorne Lane, Orleans, MA  02653-2600, Plaintiff *pro se*.

  /s/ Jennifer A. Serafyn
  Jennifer A. Serafyn

BO1 15818428.3